IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE PEREZ, | 1:06-CV-00610 AWI SMS P |
| Plaintiff, | ORDER VACATING COURT ORDERS FILED ON JUNE 1, 2006, WHICH GRANTED LEAVE TO PROCEED IN FORMA PAUPERIS, ASSESSED A $350.00 FILING FEE, AND DIRECTED CDCR TO COLLECT FILING FEE BALANCE OF $323.83 |
| vs. | |
| JEANNE WOODFORD, et al., | |
| Defendants. | |
| | (Docs. 7 and 8) |
| | ORDER GRANTING PLAINTIFF LEAVE TO PROCEED IN FORMA PAUPERIS AND ASSESSING $250.00 FILING FEE, OF WHICH PLAINTIFF OWES BALANCE OF $223.83 |
| | (Doc. 2) |
| _____/ | ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER ON CDCR |

Plaintiff Jesse Perez ("plaintiff") is a state prisoner proceeding pro se and seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, and submitted a declaration that makes the showing required by section 1915(a). Accordingly, on June 1,

1

2006, a court order granting plaintiff leave to proceed in forma pauperis, assessing a filing fee of $350.00, and assessing an initial partial filing fee of $26.17; and a court order directing the California Department of Corrections and Rehabilitation (CDCR) to collect an initial partial filing fee of $26.17 and collect the remaining balance of $323.83 thereafter were filed. On July 25, 2006, plaintiff alerted the court that based on the date he filed suit, the filing was $250.00 rather than $350.00. Plaintiff is correct. Therefore, the order granting ifp and assessing a filing fee of $350.00, and the order directing CDCR to collect $323.83 shall be vacated.

Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff is required to pay the statutory filing fee of **$250.00** for this action.[1] An initial partial filing fee of $26.17 was assessed by the court in its order filed on June 1, 2006, and court records reflect receipt of $26.17 on August 9, 2006. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to pay the remaining **$223.83** balance via monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by CDCR to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above, IT IS HEREBY ORDERED that:

1. The orders (1) granting plaintiff leave to proceed in forma pauperis, assessing a filing fee of $350.00, and assessing an initial partial filing fee of $26.17; and (2) directing CDCR to collect an initial partial filing fee of $26.17 and collect the remaining balance of $323.83 thereafter, filed June 1, 2006, are VACATED;

2. Plaintiff's request for leave to proceed in forma pauperis is GRANTED;

3. Plaintiff is obligated to pay the statutory filing fee of **$250.00** for this action, $26.17 of which has already been paid;

4. All fees shall be collected and paid in accordance with this court's order to the Director of CDCR filed concurrently herewith; and

///

---

[1] Effective February 7, 2006 thru April 8, 2006, the statutory filing fee for all civil actions except applications for writs of habeas corpus was $250.00. 28 U.S.C. § 1914(a).

2

5. The Clerk's Office shall serve a copy of this order on the Director of the California Department of Corrections and Rehabilitation, 1515 "S" Street, Sacramento, California, 95814.

IT IS SO ORDERED.

**Dated:** **August 23, 2006**            /s/ Sandra M. Snyder
i0d3h8                                    UNITED STATES MAGISTRATE JUDGE