# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE PEREZ, | CASE NO. 1:06-cv-00610-AWI-SMS PC |
| Plaintiff, | ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| JEANNE WOODFORD, et al., | |
| Defendants. | (Doc. 18) |

Plaintiff Jesse Perez ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on April 4, 2006. The court screened plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and found that it states cognizable claims for relief under section 1983 against defendants Winett, Witcher, Meadors, McLaughlin, Parry, De La Torre, Moreno, Fortson, Parrilla, and Donnolly for denial of due process and retaliation.[1] Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    CHIEF DEPUTY WARDEN D. L. WINETT

---

[1] In a Findings and Recommendations issued concurrently with this order, the court recommended that plaintiff's equal protection claim be dismissed for failure to state a claim upon which relief may be granted.

1

| | | |
|---|---|---|
| 1 | | ASSOCIATE WARDEN M. K. WITCHER |
| 2 | | CAPTAIN T. MEADORS |
| 3 | | V. MCLAUGHLIN |
| 4 | | BRIAN PARRY |
| 5 | | JIMI DE LA TORRE |
| 6 | | JAMES MORENO |
| 7 | | C. FORTSON |
| 8 | | R. PARRILLA |
| 9 | | E. DONNOLLY |
| 10 | 2. | The Clerk of the Court shall send plaintiff ten (10) USM-285 forms, ten (10) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed February 2, 2007. |
| 13 | 3. | Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents: |
| 16 | | a.   Completed summons; |
| 17 | | b.   One completed USM-285 form for each defendant listed above; and |
| 18 | | c.   Eleven (11) copies of the endorsed amended complaint filed February 2, 2007. |
| 20 | 4. | Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs. |

///
///
///
///
///

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   July 24, 2007**                    <u>        /s/ Sandra M. Snyder        </u>
                                                                    UNITED STATES MAGISTRATE JUDGE

3