# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE PEREZ, | CASE NO. 1:06-cv-00610-AWI-SMS PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING EQUAL PROTECTION CLAIM |
| v. | |
| JEANNE WOODFORD, et al., | (Doc. 22) |
| Defendants. | |

Plaintiff Jesse Perez ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 25, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff did not file a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 25, 2007, is adopted in full;

///

///

1

2.  This action shall proceed on plaintiff's amended complaint, filed February 2, 2007, against defendants Winett, Witcher, Meadors, McLaughlin, Parry, De La Torre, Moreno, Fortson, Parrilla, and Donnolly for denial of due process and retaliation; and

3.  Plaintiff's equal protection claim is dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

**Dated:   September 20, 2007**            /s/ Anthony W. Ishii
                                           UNITED STATES DISTRICT JUDGE