1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT
9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10                                  FRESNO DIVISION
11
12   **JESSE PEREZ,**                      Case No.: 1:06-cv-00610-AWI-SMS PC

13                           Plaintiff,    **ORDER GRANTING REQUEST TO FILE**
                                           **AMENDED ANSWER, AND DIRECTING**
14        v.                               **CLERK'S OFFICE TO FILE AMENDED**
                                           **ANSWER (EXHIBIT A TO REQUEST)**
15   **JEANNE WOODFORD, et al.,**
                                           **(Doc. 44)**
16                          Defendants.

17          This Court issued a Discovery Order/Scheduling Order on December 18, 2007.

18   [Docket #39.]  It specifies that the deadline to file amended pleadings is June 19, 2008.  On June

19   19, 2008, Defendants filed a Request to File Amended Answer to Complaint with an Amended

20   Answer attached as Exhibit A.

21          Good cause appearing, IT IS ORDERED:

22          1.  Defendants' Request for Leave to File Amended Answer to Complaint is

23   GRANTED.

24          2.  The Clerk of the Court is directed to file Defendants' Amended Answer attached as

25   Exhibit A to the Request for Leave to File Amended Answer to Complaint.

26

27   IT IS SO ORDERED.

28   **Dated:    July 7, 2008**                    _____/s/ Sandra M. Snyder_____
                                                   UNITED STATES MAGISTRATE JUDGE