EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
VICKIE P. WHITNEY
Supervising Deputy Attorney General
MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5388
 Fax: (916) 324-5205
 Email: Misha.Igra@doj.ca.gov

Attorneys for Defendants McLaughlin, Meadors,
Fortson, Donnelly, Parrilla, Parry, De La Torre,
Moreno, Winett and Witcher

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JESSE PEREZ,**<br><br>Plaintiff,<br><br>v.<br><br>**JEANNE WOODFORD, et al.,**<br><br>Defendants. | Case No. 1:06-cv-00610-AWI-SMS PC<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR A THIRTY-DAY EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>(Doc. 48)<br><br>**Motion Deadline: 11/19/2008** |

Defendants' first request for an extension of time to file a dispositive motion in this action was considered by this Court and, good cause appearing,

IT IS HEREBY ORDERED that Defendants are granted a **thirty (30) day** extension to file a dispositive motion, up to and including November 19, 2008.

IT IS SO ORDERED.

**Dated:   October 20, 2008**              /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE

Order Granting EOT

1