# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE PEREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEANNE WOODFORD, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-00610-AWI-SMS P<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME, AND EXTENDING APPLICATION OF NEW MOTION DEADLINE TO PLAINTIFF<br><br>(Doc. 50)<br><br>Pretrial Dispositive Motion Deadline: 11/19/08 |

On October 22, 2008, the Court granted Defendants' motion for an extension of time up to and including November 19, 2008, within which to file a pretrial dispositive motion. On October 29, 2008, Plaintiff filed a motion seeking a fifteen-day extension of time up to and including November 4, 2008, to file a motion.

Plaintiff's motion is GRANTED. Because the Court did not receive Plaintiff's motion until October 29, 2008, the order extending the deadline to **November 19, 2008**, for Defendants is extended to apply to Plaintiff.

IT IS SO ORDERED.

**Dated:   November 3, 2008**　　　　　　　／s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1