IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JESSE PEREZ,**<br><br>Plaintiff,<br><br>v.<br><br>**JEANNE WOODFORD, et al.,**<br><br>Defendants. | Case No. 1:06-cv-00610-AWI-SMS PC<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR ADDITIONAL ONE WEEK EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>(Doc. 53) |

Defendants' request for an additional one week extension of time to file a dispositive motion in this action was considered by this Court and, good cause appearing,

IT IS HEREBY ORDERED that Defendants are granted a one week extension to file a dispositive motion, up to and including November 26, 2008.

IT IS SO ORDERED.

**Dated:   November 13, 2008**          /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

1