IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesse Perez, ) | No. 1:06-CV-610 |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Jeanne Woodford, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

      Pending before the Court is Defendants' Motion for Extension of Time to respond to Plaintiff's Motion for Summary Judgment [61], and Plaintiff's Motion for extension of Time to respond to Defendants' Motion for Summary Judgment [66].

      The Court notes that Defendants' filed a response to the Plaintiff's Motion for Summary Judgment on December 15, 2008 [doc. 63].  Therefore, IT IS ORDERED denying as moot  Defendant's Motion for Extension of Time [61].

/ / /

1       Good cause appearing, IT IS FURTHER ORDERED granting Plaintiff's Motion
2 for Extension of Time to file response to Defendants' Motion for Summary Judgment [66]
3 and Defendant's Motion to Review Documents in Camera [58].   Plaintiff's response shall
4 be filed by February 20, 2009.
5       DATED this 6th day of February, 2009.

_____
Mary H. Murguia
United States District Judge