# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesse Perez, | ) No. 1:06-CV-610 |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Jeanne Woodford, et al., | ) |
| Defendants. | ) |

The court has considered Defendants' motion to review documents in camera and file them under seal. Good cause appearing,

IT IS ORDERED granting Defendant's motion [58].

IT IS FURTHER ORDERED that within ten days of this Order, Defendants shall file the confidential documents utilized in relation to Plaintiff's validation as an associate of the Mexican Mafia prison gang UNDER SEAL for an in camera review by the Court. At the close of the case, the Clerk of the Court shall return the sealed documents to Defendants' counsel pursuant to L.R. 39-141.

DATED this 9th day of February, 2009.

_____
Mary H. Murguia
United States District Judge