IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Jesse Perez,<br><br>    Plaintiff,<br><br>vs.<br><br>Jeanne Woodford, et al.,<br><br>    Defendants. | No. 1:06-CV-00610-MHM<br><br>**ORDER** |

    The Court is in receipt of the Plaintiff's Motion for Reimbursement of Appeal Filing Fee Overpayment [Doc. 100].

    Plaintiff's motion is **GRANTED**.

    The Clerk is **ORDERED** to refund $30.00 to Mr. Perez, which reflects the overpayment of that amount in filing fee installment payments.

    Dated this 15th day of April, 2013.

                                                                  Mary H. Murguia<br>
                                                          U.S. Circuit Judge designated as<br>
                                                          U.S. District Court Judge